## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. MCQUAID, | : | |
| Plaintiff | : | No.  4:21-CV-2019 |
| | : | |
| v. | : | **Magistrate Judge Arbuckle** |
| | : | |
| JOHN WETZEL, LAUREL | : | **Electronically Filed Document** |
| HARRY, JOHN/JANE DOES 1-10, | : | |
| SERGEANT FLETCHER, | : | *Complaint Filed 12/01/21* |
| SPECIALIST KRISTIE GERSON, | : | |
| SPECIALIST ROBERT WIMER, | : | |
| NURSE PRACTITIONER KEVIN | : | |
| WANGA, DR. SAIQA MUSHTAQ, | : | |
| MD, MHM CORRECTIONAL | : | |
| SERVICES, LLC, CORRECT | : | |
| CARE SOLUTIONS, LLC *and* | : | |
| JOHN/JANE DOES 1-10, | : | |
| Defendants | : | |

## <u>PARTIAL MOTION TO DISMISS</u>

Defendants Wetzel and Harry hereby file this Partial Motion to Dismiss all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants will file a Brief in Support of their Motion to Dismiss within the time allotted under the Local Rules of Civil Procedure.

WHEREFORE, Defendants Wetzel and Harry request that this Honorable Court grant their Motion to Dismiss, and dismiss the Plaintiff's Complaint as against them, with prejudice.

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

**By:**   *s/ Nicole J. Boland*
**NICOLE J. BOLAND**
**Senior Deputy Attorney General**
**Attorney ID 314061**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 783-3146**

**nboland@attorneygeneral.gov**

**Date:  March 4, 2022**

**KAREN M. ROMANO**
**Chief Deputy Attorney General**
**Civil Litigation Section**

**Counsel for Defendants Wetzel,**
**Fletcher, Gerson, Harry and Wimer**

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH A. MCQUAID,** | : | |
| **Plaintiff** | : | **No.  4:21-CV-2019** |
| | : | |
| **v.** | : | **Magistrate Judge Arbuckle** |
| | : | |
| **JOHN WETZEL, LAUREL** | : | **Electronically Filed Document** |
| **HARRY, JOHN/JANE DOES 1-10,** | : | |
| **SERGEANT FLETCHER,** | : | *Complaint Filed 12/01/21* |
| **SPECIALIST KRISTIE GERSON,** | : | |
| **SPECIALIST ROBERT WIMER,** | : | |
| **NURSE PRACTITIONER KEVIN** | : | |
| **WANGA, DR. SAIQA MUSHTAQ,** | : | |
| **MD, MHM CORRECTIONAL** | : | |
| **SERVICES, LLC, CORRECT** | : | |
| **CARE SOLUTIONS, LLC** *and* | : | |
| **JOHN/JANE DOES 1-10,** | : | |
| **Defendants** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole J. Boland, Senior Deputy Attorney General for the Commonwealth

of Pennsylvania, Office of Attorney General, hereby certify that on March 4, 2022,

I caused to be served a true and correct copy of the foregoing document to the

following:

<u>**VIA ECF**</u>

| | |
|---|---|
| **Peter A. Greiner, Esquire** | **Cassidy L. Neal, Esquire** |
| **Zarwin Baum DeVito Kaplan Schaer** | **Matis Baum O'Connor, PC** |
| **& Toddy** | **912 Fort Duquesne Boulevard** |
| **2005 Market Street, 16th Floor** | **Pittsburgh, PA  15222** |
| **Philadelphia, PA  19103** | **cneal@mbo-pc.com** |
| **pagreiner@zarwin.com** | *Counsel for Defendants Wanga,* |
| *Counsel for Plaintiff* | *Mushtaq and MHM Correctional* |
| | *Services, LLC* |

**Caitlin J. Goodrich, Esquire**
**Weber Gallagher Simpson Stampleton**
**  Fires & Newby, LLP**
**Four PPG Place, 5th Floor**
**Pittsburgh, PA  15222**
**cgoodrich@wglaw.com**
*Counsel for Defendant Correct Care*
*Solutions, LLC*

   *s/ Nicole J. Boland*

**NICOLE J. BOLAND**
Senior Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. MCQUAID, | : | |
| Plaintiff | : | No.  4:21-CV-2019 |
| | : | |
| v. | : | **Magistrate Judge Arbuckle** |
| | : | |
| JOHN WETZEL, LAUREL | : | **Electronically Filed Document** |
| HARRY, JOHN/JANE DOES 1-10, | : | |
| SERGEANT FLETCHER, | : | *Complaint Filed 12/01/21* |
| SPECIALIST KRISTIE GERSON, | : | |
| SPECIALIST ROBERT WIMER, | : | |
| NURSE PRACTITIONER KEVIN | : | |
| WANGA, DR. SAIQA MUSHTAQ, | : | |
| MD, MHM CORRECTIONAL | : | |
| SERVICES, LLC, CORRECT | : | |
| CARE SOLUTIONS, LLC *and* | : | |
| JOHN/JANE DOES 1-10, | : | |
| Defendants | : | |

## CERTIFICATE OF NON-CONCURRENCE

Plaintiff's counsel does not concur in this motion.


 *s/ Nicole J. Boland*
**NICOLE J. BOLAND**
Senior Deputy Attorney General