# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. MCQUAID,** both Individually and as the Administrator of the ESTATE OF DOMINIC INGLE | : : : : | Civil Action No. 4:21-cv-02019 |
| Plaintiff | : : | (WILSON, D.J.) |
| | : | (ARBUCKLE, M.J.) |
| v. | : : | |
| | : | JURY TRIAL DEMANDED |
| **CORRECTIONAL OFFICER SERGEANT FLETCHER, et al** | : : : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of November, 2025, upon consideration of Motion to File under Seal by Plaintiff and joined by Defendants, it is hereby ORDERED that the Motion is GRANTED. The Petition to Approve the Distribution of Wrongful Death and Survival Action Proceeds, to be submitted pursuant to 20 Pa. C.S.A. §3323, shall be filed under seal.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania