IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. MCQUAID,** both Individually and as the Administrator of the ESTATE OF DOMINIC INGLE | : : : : | |
| Plaintiff | : : : | **Civil Action No. 4:21-cv-02019** (WILSON, D.J.) (ARBUCKLE, M.J.) |
| v. | : : | |
| **CORRECTIONAL OFFICER SERGEANT FLETCHER, et al** | : : : : | **JURY TRIAL DEMANDED** |
| Defendants | : | |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND LOCAL CIVIL RULE 41.1(b)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants (collectively the "Parties"), through their counsel, that the Parties have settled the above-captioned action and hereby stipulate through counsel to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and Local Civil Rule 41.1(b).

| | |
|---|---|
| ZARWIN BAUM DEVITO KAPLAN SCHAER & TODDY, P.C. | OFFICE OF THE ATTORNEY GENERAL |
| *Peter A. Greiner* | *Christine Einerson* |
| PETER A. GREINER, ESQUIRE | CHRISTINE EINERSON, ESQUIRE |
| One Commerce Square | 15th Floor, Strawberry Square |
| 2005 Market Street, 16th Floor | Harrisburg, PA 17120 |
| Philadelphia, PA 19103 | *Counsel for Defendants Fletcher, Gerson, and Wimer* |
| *Counsel for Plaintiff* | |

MATIS BAUM O'CONNOR, PC

*Cassidy L. Neal*
_____
CASSIDY L. NEAL, ESQUIRE
912 Fort Duquesne Boulevard
Pittsburgh, PA 15222
*Counsel for Defendant MHM*
*Correctional Services, LLC*

Date: 2/2/2025
_____